UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RITA BENNETT, in her representative Capacity
on behalf of Betty Coggins                                                                         PLAINTIFF

V.                                                            CIVIL ACTION NO.1:05CV300-GHD-JAD

BEVERLY ENTERPRISES, INC. ET AL                                             DEFENDANTS

## ORDER AMENDING CAPTION

On the unopposed motion of the plaintiff (Doc. 189), the caption of this cause is amended to read as set forth above.

SO ORDERED this the 12th day of March, 2007.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE