IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RITA BENNETT, in her Representative　　　　　　　　　　　　　　　　Plaintiff
Capacity on behalf of BETTY COGGINS

　　　　　　　　　　　　　　　　　　　　　　　Civil Action File No. 1:05-cv-300-D-D

vs.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants

BEVERLY ENTERPRISES, INC., et al.

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated that the above styled action may be dismissed with prejudice, each party to bear their own costs.

Dated this the \_\_\_14th\_\_\_ day of \_\_\_May\_\_\_, 2007.

_____
PHILIP W. THOMAS (MSB #\_9667\_)
Attorney for Plaintiff

OF COUNSEL:

Philip W. Thomas, Esq.
PHILIP W. THOMAS, P.A.
Post Office Box 24464
Jackson, MS 39225-4464

_____
ANDREW C. CLAUSEN (MSB #100297)
KASIE M. BRASWELL (MSB #101210)
Attorneys for Defendants

OF COUNSEL:

ALFORD, CLAUSEN & MCDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)